# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | | |
|---|---|---|
| **TAMARA LEE BOLOGNANI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 1:14-cv-00156-jgm-jmc** |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of** | : | |
| **Social Security Administration,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed November 4, 2015.  (Doc. 20.)  After <u>de novo</u> review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  <u>See</u> 28 U.S.C. § 636(b)(1).

Plaintiff's motion for an order reversing the decision of the Commissioner (Doc. 15) is GRANTED.  Defendant's motion for an order affirming the Commissioner's decision (Doc. 18) is DENIED.  This matter is REMANDED for further proceedings and a new decision.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 14th day of December, 2015.


/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge